Judge Timothy W. Dore
Chapter 13
Hearing Date: January 17, 2018
Hearing Time: 9:30 a.m.
Hearing Location: Seattle
Response Due Date: January 10, 2018

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>CONCEPCION MAES REYES,<br><br>                                Debtor. | NO. 17-12415<br><br>STATE OF WASHINGTON'S MOTION TO DISMISS |

COMES NOW the State of Washington, by and through the undersigned attorney, and moves the Court for an order pursuant to 11 U.S.C. § 1307(c) dismissing this case based on the debtor's failure to pay post-petition taxes as set forth in the supporting declaration of Susan Roland filed herein.

The failure to report and pay post-petition taxes is a violation of federal law, 28 U.S.C. § 959(b), and the State requests an order dismissing this case.

DATED this 14th day of December, 2017.

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison

SUSAN EDISON, WSBA No. 18293
Assistant Attorney General

STATE'S MOTION TO DISMISS      1      OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Case 17-12415-TWD     Doc 32     Filed 12/14/17     Ent. 12/14/17 09:02:48     Pg. 1 of 1